UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.: 8:17-cv-00965-JLS-DFM            Date: June 06, 2019
Title: Emmy Song v. THC – Orange County, Inc. et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                            Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: NOTICE TO GOVERNMENT AGENCIES**

       On February 28, 2019, the Court granted preliminary approval of the parties' class action settlement. (Prelim. Appr. Order, Doc. 59.) At that time, the Court noted that its jurisdiction over this matter arises in part from the Class Action Fairness Act ("CAFA"). (*Id.* at 15.) Accordingly, the Court ordered the parties to include in their papers for final approval a declaration reflecting that they provided appropriate notice of the proposed settlement to relevant state and federal authorities pursuant to 28 U.S.C. §1715(b) at least ninety (90) days prior to the date of the Final Fairness Hearing, scheduled for June 21, 2019. (*Id.*) On May 17, 2019, Plaintiffs filed their Motion for Final Approval. (Fin. Appr. Mot., Doc. 64.) Nothing in the Motion or supporting documents, however, evidences compliance with 28 U.S.C. §1715(b) and the Court's Order.

       Furthermore, the parties seek settlement of claims brought under California's Private Attorneys General Act ("PAGA"), Cal. Lab. Code § 2699 *et seq.* A proposed settlement of a civil action filed pursuant to PAGA must be submitted to the California Labor and Workforce Development Agency at the same time it is submitted to the court. Cal. Lab. Code § 2699(*l*)(2). Nothing in the record evidences compliance with this requirement.

       Accordingly, Plaintiffs are hereby ORDERED to show cause, in writing, no later than five (5) days from the date of this Order, why the hearing on the Motion for Final Approval should not be continued pending a showing of appropriate notice to the government agencies discussed herein.

                                                                               Initials of preparer: tg