UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 8:17-cv-00965-JLS-DFM | Date | June 21, 2019 |
|---|---|---|---|
| Title | Emmy Song v. THC - Orange County, Inc. | | |

| Present: The Honorable | **JOSEPHINE L. STATON, U.S. DISTRICT JUDGE** |
|---|---|

| Terry Guerrero | Deborah Parker |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Edward Choi | Elizabeth Staggs Wilson |

**Proceedings:** Final Fairness Hearing, Hearing re Motion for Approval of Attorneys' Fees and Costs and Representative Enhancement [63], and Motion for Final Approval of Class Action Settlement and Approval of PAGA Settlement [64]

Hearing held. Oral arguments heard. Matters taken under submission by the Court.

00 : 10

Initials of Preparer  tg